```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
ROBIN SHARP, as Guardian Ad Litem,
for A.G., an Infant

                        Plaintiff,
                                                    09-CV-6452
             v.
                                              ORDER
TOWN OF GREECE, TOWN OF GREECE
POLICE DEPARTMENT, MERRITT RAHN,
WILLIAM MACKIN, BRIAN BALL, STEPHEN
WISE, ROBERT TROWBRIDGE, ANDREW ELMORE,
BRIAN WHITE, THOMAS SCHAMERHORN,
GARY PIGNATO, NICHOLAS JOSEPH and
DAVID JOSEPH,

                        Defendants.
_____
```

Plaintiff, Robin Sharp, as Guardian *Ad Litem* for A.G., an infant, with the authority to enter into a settlement in this matter, has requested approval of a settlement entered into by the parties following extensive settlement negotiations before this Court. The Court, having reviewed the affidavit of the Plaintiff and her attorney, LaMarr Jackson, prepared in accordance with New York Civil Practice Law and Rules ("CPLR") Section 1208 and the settlement papers and medical reports submitted therewith, finds that the settlement is fair and reasonable. Accordingly, it is hereby

ORDERED that the settlement is approved pursuant to Local Rule 41(a)(1), as it meets the provisions of Sections 1207 and 1208 of the CPLR; and it is

FURTHER ORDERED, that this case is hereby dismissed with

prejudice.

**ALL OF THE ABOVE IS SO ORDERED.**

                                                    s/ Michael A. Telesca
                                                    MICHAEL A. TELESCA
                                       United States District Judge

Dated:    Rochester, New York
            June 27, 2012